# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3931

_____

|  |  |  |
|---|---|---|
| B. J. Griffith; Gordon Griffith;<br>Delta Waste Recovery, Inc., | * | |
|  | * | |
|  | * | |
| Appellants, | * | |
|  | * | Appeal from the United States |
| v. | * | District Court for the |
|  | * | Eastern District of  Arkansas. |
| Arkansas Department of Pollution | * | [UNPUBLISHED] |
| Control and Ecology; East Arkansas | * | |
| Planning and Development District; | * | |
| East Arkansas Regional Solid Waste | * | |
| Management District, | * | |
|  | * | |
| Appellees. | * | |

_____

Submitted:  May 14, 1999

Filed:  August 10, 1999

_____

Before WOLLMAN, Chief Judge, BEAM, and MURPHY, Circuit Judges.

_____

PER CURIAM.

B.J. Griffith, Gordon Griffith, and Delta Waste Recovery, Inc., appeal from the judgment of the district court[1] granting the appellees' separate motions to dismiss.

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

Having reviewed the parties' briefs, we conclude that the court correctly analyzed the relevant legal principles as they apply to the facts of the case. Because an extended opinion would have no precedential value, we affirm without further discussion. <u>See</u> 8th Cir. R. 47B.

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.